UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EDERY HERRERA,

                              Plaintiff,

                -against-

NO6, LLC,

                              Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 5/20/2026

26-CV-00944 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed his Complaint on February 4, 2026, and electronic summons was issued on February 5, 2026. See ECF Nos. 1, 5. To date, Defendant has not appeared in this action. Plaintiff is ORDERED to file a letter by Friday, May 29, 2026, indicating whether Plaintiff has served Defendant, whether Plaintiff has had any contact with Defendant regarding its response to the Complaint, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 20, 2026
            New York, New York