USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**EDERY HERRERA,**

**Plaintiff,**

**-against-**

**NO6, LLC,**

**Defendant.**

---------------------------------------------------------------X

**26-CV-00944 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed his Complaint on February 4, 2026, and electronic summons was issued on February 5, 2026. See ECF Nos. 1, 5. On May 26, 2026, Plaintiff filed a letter and proof of service indicating that Defendant was served through the New York Secretary of State on April 9, 2026. See ECF Nos. 8, 9. Per the Plaintiff's request, the Court gave Defendant until July 1, 2026, to answer or otherwise respond to the Complaint. See ECF No. 10. To date, however, Defendant has not appeared in this action.

By no later than Monday, July 13, 2026, Plaintiff is ORDERED to file a letter updating the Court on whether Plaintiff has had any contact with Defendant regarding its response to the Complaint, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 7, 2026
New York, New York