USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**EDERY HERRERA,**

**Plaintiff,**

**-against-**

**NO6, LLC,**

**Defendant.**

-----------------------------------------------------------X

**26-CV-00944 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 13, 2026, the Court directed Plaintiff to file an amended complaint by no later than July 27, 2026. See ECF No. 13. To date, Plaintiff has failed to file his amended complaint. By Tuesday, August 18, 2026, Plaintiff is ORDERED to file his amended complaint or explain why his case should not be dismissed for failure to prosecute.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 12, 2026
New York, New York