USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**EDERY HERRERA,**

**Plaintiff,**

**-against-**

**NO6, LLC, et al.,**

**Defendants.**

------------------------------------------------------------------X

**26-CV-00944 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 15, 2026, the plaintiff filed the Amended Complaint. ECF No. 17. As of November 17, 2026, the defendants have not made an appearance or otherwise answered. Furthermore, there is no proof of service on the docket. The plaintiff is directed to file proof of service or, in the alternative, why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) no later than Monday, November 23, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 17, 2026
New York, New York